■ · The People of the State of New York, Respondent, v Luis D. Pardo, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Harrington, J.), rendered July 18, 1985.

Ordered that the judgment is affirmed *(see, People v Bercume,* 53 AD2d 924; *People v Buchicchio,* 116 AD2d 729, *lv denied* 67 NY2d 940; *People v Kazepis,* 101 AD2d 816). Mangano, J. P., Bracken, Niehoff, Kooper and Spatt, JJ., concur.